FILED
FEBRUARY 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA MENDEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SIEBERT GROUP 1, LLC-S.G. SERIES ) <br> 4, PHILLIP SIEBERT, as owner of Siebert ) <br> Group 1, LLC-S.G. Series 4 and in his ) <br> individual capacity, THOMAS ISCHKUM, ) <br> KAREN ISCHKUM, GSF MORTGAGE ) <br> CORPORATION, MORTGAGE ) <br> ELECTRONIC REGISTRATION ) <br> SYSTEMS, INC., COUNTRYWIDE ) <br> HOME LOANS, INC., and UNKNOWN ) <br> OCCUPANTS AND NONRECORD ) <br> CLAIMANTS, ) <br> ) <br> Defendants. ) | Case No. <br><br> **08 C 1216** <br><br> **JUDGE SHADUR** <br> **MAGISTRATE JUDGE SCHENKIER** |

### NOTICE OF FILING

To:　Prairie State Legal Services, Inc.
　　　Elizabeth Newkirk Jahoda
　　　Ana Collazo
　　　Eliot Abarbanel
　　　350 S. Schmale Rd., Suite 150
　　　Carol Stream, IL 60188

PLEASE TAKE NOTICE that on February 28, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois NOTICE OF REMOVAL OF PURSUANT TO 28 U.S.C. §§ 1331 and 1441(b), a copy of which is attached.

22245655

1

Dated: February 28, 2008

Respectfully submitted,

BRYAN CAVE LLP

By: _____
Steven R. Smith (#3128231)
Jena M. Valdetero (#6290948)
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315
Telephone: (312) 602-5000
Facsimile: (312) 602-5050

*Attorneys for Countrywide Home Loans, Inc. and Mortgage Electronic Registration Systems, Inc.*

By: _____
Raymond Ostler
Gomberg, Sharfman, Gold, and Ostler, P.C.
208 South LaSalle Street, Suite 1200
Chicago, IL 60604
Telephone: (312) 332-6194
Facsimile: (312) 332-4083

*Attorneys for Seibert Group 1, LLC-S.G. Series 4, Phillip Siebert, Thomas Ischkum, Karen Ischkum, and GSF Mortgage Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing NOTICE OF FILING was sent via U.S. Mail, this 28th day of February, 2008, to the following:

Prairie State Legal Services, Inc.
Elizabeth Newkirk Jahoda
Ana Collazo
Eliot Abarbanel
350 S. Schmale Rd., Suite 150
Carol Stream, IL 60188

/s/ Jena Valdetero
Jena Valdetero