**FILED**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FEBRUARY 28, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1216**

In the Matter of                                          Case Number:

PATRICIA MENDEZ v.
SIEBERT GROUP 1, LLC-S.G. SERIES 4, et. al.

**JUDGE SHADUR**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and COUNTRYWIDE
HOME LOMES, INC.

| | |
|---|---|
| **NAME** (Type or print)<br>Steven R. Smith | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ | |
| **FIRM**<br>Bryan Cave LLP | |
| **STREET ADDRESS**<br>161 N. Clark Street, Suite 4300 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60601 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>3128231 | **TELEPHONE NUMBER**<br>(312) 602-5000 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐