IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA MENDEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ) <br> SIEBERT GROUP 1, LLC-S.G. SERIES 4, ) <br> PHILLIP SIEBERT, as owner of Siebert Group ) <br> 1, LLC-S.G. Series 4 and in his individual ) <br> capacity, THOMAS ISCHKUM, KAREN ) <br> ISCHKUM, GSF MORTGAGE ) <br> CORPORATION, MORTGAGE ) <br> ELECTRONIC REGISTRATIONS SYSTEMS,) <br> INC., COUNTRYWIDE HOME LOANS, INC.,) <br> and UNKNOWN OCCUPANTS AND ) <br> NONRECORD CLAIMANTS, ) <br> ) <br> Defendants. ) | No. 08 C 1216 <br><br> Judge Milton Shadur <br> presiding |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER**

Defendants, SIEBERT GROUP 1, LLC-S.G. SERIES 4, PHILLIP SIEBERT, as owner of Siebert Group 1, LLC-S.G. Series 4 and in his individual capacity, THOMAS ISCHKUM, KAREN ISCHKUM AND GSF MORTGAGE CORPORATION, by its attorney, Raymond J. Ostler, pursuant to Rule 6 of the Federal Rules of Civil Procedure, respectfully moves this court to enlarge the time to file its responsive pleading to the plaintiff's Complaint to and until March 25, 2008. Opposing counsel, Prairie State Legal Services, Inc., was contacted on February 29, 2008 and agreed to extend the time for filing an answer to March 25, 2008

Respectfully submitted,

SIEBERT GROUP 1, LLC-S.G. SERIES 4, PHILLIP SIEBERT, as owner of Siebert Group 1, LLC-S.G. Series 4 and in his individual capacity, THOMAS ISCHKUM, KAREN ISCHKUM, GSF MORTGAGE CORPORATION


By:       /s/   Raymond J. Ostler
        One of its attorneys


Raymond J. Ostler
Gomberg, Sharfman, Gold & Ostler, P.C.
208 South LaSalle St., Suite 1200
Chicago, Illinois 60604
(312) 332-6194
fax (312) 332-4083

CERTIFICATE OF SERVICE

      I, Raymond J. Ostler, certify that, service of this document was accomplished pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 through the District Court's electronic filing system ("ECF") which will send notice electronically to counsel registered to receive such notice on February 29, 2008.

                                             /s/ Raymond J. Ostler