**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PATRICIA MENDEZ, )<br>)<br>    Plaintiff, )<br>) Case No. 08-cv-1216<br>v. )<br>)<br>SIEBERT GROUP 1, LLC-S.G. SERIES ) Judge Milton Shadur<br>4, PHILLIP SIEBERT, as owner of Siebert )<br>Group 1, LLC-S.G. Series 4 and in his )<br>individual capacity, THOMAS ISCHKUM, )<br>KAREN ISCHKUM, GSF MORTGAGE )<br>CORPORATION, MORTGAGE )<br>ELECTRONIC REGISTRATION )<br>SYSTEMS, INC., COUNTRYWIDE )<br>HOME LOANS, INC., and UNKNOWN )<br>OCCUPANTS AND NONRECORD )<br>CLAIMANTS, )<br>)<br>    Defendants. ) | |

**NOTICE OF AGREED MOTION**

To:   All counsel of record (see attached Certificate of Service)

PLEASE TAKE NOTICE that on <u>Wednesday, March 12, 2008 at 9:15 a.m.</u>, the undersigned shall appear before the Honorable Milton Shadur, in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present an AGREED MOTION FOR EXTENSION OF TIME TO ANSWER, a copy of which is attached hereto.

Dated: March 3, 2008          Respectfully submitted,

                              BRYAN CAVE LLP


                              By:    /s/ Jena Valdetero
                                    Steven R. Smith (#3128231)
                                    Jena M. Valdetero (#6290948)
                                    161 North Clark Street, Suite 4300
                                    Chicago, IL  60601-3315
                                    Telephone:  (312) 602-5000

Facsimile: (312) 602-5050

*Attorneys for Countrywide Home Loans, Inc. and Mortgage Electronic Registration Systems, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served via U.S. Mail, this 3rd day of March, 2008, to:

Prairie State Legal Services, Inc.
Elizabeth Newkirk Jahoda
Ana Collazo
Eliot Abarbanel
350 S. Schmale Rd., Suite 150
Carol Stream, IL 60188

And via the Court's electronic docketing system to:

Raymond Ostler
Gomberg, Sharfman, Gold, and Ostler, P.C.
rostler@gsgolaw.com

    /s/ Jena Valdetero
Jena Valdetero

3