UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Patricia Mendez

                               Plaintiff,

v.                                                                 Case No.: 1:08–cv–01216
                                                                     Honorable Milton I. Shadur

Siebert Group 1, LLC–S.G. Series 4, et al.

                               Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, March 4, 2008:

      MINUTE entry before Judge Milton I. Shadur :Defendants' Motions for extension of time to answer to and including March 25, 2008 [8][11] are granted.Status hearing reset for 4/2/2008 at 09:00 AM.Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.