IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA MENDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 1216 |
| ) | |
| ) | Judge Milton Shadur |
| ) | presiding |
| SIEBERT GROUP 1, LLC-S.G. SERIES 4, ) | |
| PHILLIP SIEBERT, as owner of Siebert Group ) | |
| 1, LLC-S.G. Series 4 and in his individual ) | |
| capacity, THOMAS ISCHKUM, KAREN ) | |
| ISCHKUM, GSF MORTGAGE ) | |
| CORPORATION, MORTGAGE ) | |
| ELECTRONIC REGISTRATIONS SYSTEMS,) | |
| INC., COUNTRYWIDE HOME LOANS, INC.,) | |
| and UNKNOWN OCCUPANTS AND ) | |
| NONRECORD CLAIMANTS, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:    SEE CERTIFICATE OF SERVICE

    Please take notice that on **Wednesday, April 2, 2008** at 9:00 a.m., Defendants, by counsel, will appear before the Hon. Milton Shadur, in Courtroom in Room 2303, United States District Court, 219 South Dearborn Street, Chicago, Illinois and present this Defendants' 12(b)(6) and 9(b) Motion to Dismiss.

                                  Respectfully submitted,

                                  SIEBERT GROUP 1, LLC-S.G. SERIES 4,
                                  PHILLIP SIEBERT, as owner of Siebert Group 1,
                                  LLC-S.G. Series 4 and in his individual capacity,
                                  THOMAS ISCHKUM, KAREN ISCHKUM, GSF
                                  MORTGAGE CORPORATION

                              By:      /s/ Nazia J. Hasan

Raymond J. Ostler
Nazia J. Hasan
Gomberg, Sharfman, Gold & Ostler, P.C.
208 South LaSalle St., Suite 1200
Chicago, Illinois 60604
(312) 332-6194
fax (312) 332-4083

## CERTIFICATE OF SERVICE

      I, Nazia J. Hasan, certify that, service of this document was accomplished pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 through the District Court's electronic filing system ("ECF") which will send notice electronically to counsel registered to receive such notice on March 25, 2008.


                                                                  /s/ Nazia J. Hasan