

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 08-CV-1216
Patricia Mendez v. Siebert Group 1 LLC-S.G. Series 4 et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Patricia Mendez

**FILED**
MAR 25 2008
Mar 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Elizabeth Newkirk Jahoda |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Elizabeth Newkirk Jahoda |
| FIRM |
| Prairie State Legal Services |
| STREET ADDRESS |
| 350 S. Schmale Rd. Suite 150 |
| CITY/STATE/ZIP |
| Carol Stream, IL  60188 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6283149 | (630) 690-2130 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAR 2 5 2008
Mar 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| PATRICIA MENDEZ,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>SIEBERT GROUP 1, LLC-S.G. SERIES 4,  )<br>PHILLIP SIEBERT, as owner of Siebert  )<br>Group 1, LLC-S.G. Series 4 and in his individual  )<br>capacity, THOMAS ISCHKUM,  )<br>KAREN ISCHKUM, GSF MORTGAGE  )<br>CORPORATION, MORTGAGE ELECTRONIC  )<br>REGISTRATION SYSTEMS, INC.,  )<br>COUNTRYWIDE HOME LOANS, INC.,  )<br>and UNKNOWN OCCUPANTS AND  )<br>NONRECORD CLAIMANTS,  )<br>  )<br>    Defendants.  ) | No.   08-CV-1216 |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that she served a true and correct copy of Plaintiff's APPEARANCE by mail on March 20, 2008 addressed counsel for the defendants as follows:

Raymond Ostler
Gomberg, Sharfman, Gold & Ostler
208 S. LaSalle St. Suite 1200
Chicago, IL 60604-1003

Jena Valdetero
Bryan Cave LLP
161 N. Clark St. Suite 4300
Chicago, IL 60601-3315

Elizabeth Newkirk Jahoda, One of the
attorneys for plaintiff

PRAIRIE STATE LEGAL SERVICES, INC.
Elizabeth Newkirk Jahoda
Ana Collazo
Eliot Abarbanel
305 S. Schmale, Suite 150
Carol Stream, IL 60188
(630) 690-2130