**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Patricia Mendez
                Plaintiff,

v.                        Case No.: 1:08−cv−01216
                      Honorable Milton I. Shadur

Siebert Group 1, LLC−S.G. Series 4, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

    MINUTE entry before Judge Honorable Milton I. Shadur:Defendant's Motion to dismiss [17] is denied without prejudice to a reassertion on a limited form. A revised motion is to be filed on or before April 14, 2008. Status hearing held on 4/2/2008. Status hearing set for 4/18/2008 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.