IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | | |
|---|---|---|
| PATRICIA MENDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 1216 |
| v. | ) | |
| | ) | Judge Shadur |
| SIEBERT GROUP 1, LLC-S.G. SERIES 4, | ) | Presiding |
| PHILLIP SIEBERT, as owner and in his individual | ) | |
| capacity, THOMAS ISCHKUM, KAREN ISCHKUM, | ) | |
| GSF MORTGAGE CORPORATION, MORTGAGE | ) | |
| ELECTRONIC REGISTRATION SYSTEMS, INC., | ) | |
| COUNTRYWIDE HOME LOANS, INC., and | ) | |
| UNKNOWN OCCUPANTS AND NONRECORD | ) | |
| CLAIMANTS, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:    SEE CERTIFICATE OF SERVICE

Please take notice that on **Friday, April 18, 2008** at 9:00 a.m., Defendants, by counsel, will appear before the Hon. Milton Shadur, in Courtroom in Room 2303, United States District Court, 219 South Dearborn Street, Chicago, Illinois and present this Defendants' 12(b)(6) and 9(b) Motion to Dismiss.

Respectfully submitted,

SIEBERT GROUP 1, LLC-S.G. SERIES 4, PHILLIP
SIEBERT, as owner of Siebert Group 1, LLC-S.G.
Series 4 and in his individual capacity, THOMAS
ISCHKUM, KAREN ISCHKUM, GSF
MORTGAGE CORPORATION

By:    /s/ Nazia J. Hasan

Raymond J. Ostler
Nazia J. Hasan
Gomberg, Sharfman, Gold & Ostler, P.C.
208 South LaSalle St., Suite 1200
Chicago, Illinois 60604
(312) 332-6194
fax (312) 332-4083

CERTIFICATE OF SERVICE

    I, Nazia J. Hasan, certify that, service of this document was accomplished pursuant to Rule 5(b)(2)(D) and Local Rule 5.9 through the District Court's electronic filing system ("ECF") which will send notice electronically to counsel registered to receive such notice on April 14, 2008.


                                            /s/ Nazia J. Hasan