# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Patricia Mendez

                                      Plaintiff,

v.                                                        Case No.: 1:08–cv–01216

                                                                               Honorable Milton I. Shadur

Siebert Group 1, LLC–S.G. Series 4, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 18, 2008:

      MINUTE entry before Judge Honorable Milton I. Shadur:Motion to dismiss [24] is denied. Defendants' Answer is to be filed on or before May 2, 2008. Status hearing held on 4/18/2008. Status hearing set for 7/15/2008 at 09:00 AM.)Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.