**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

|  |  |
|---|---|
| In the Matter of | Case Number  1:08-CV-1216 |

PATRICIA MENDEZ,

                                 Plaintiff,    Honorable Milton I. Shadur

vs

SIEBERT GROUP 1, LLC-S.G. SERIES 4, PHILLIP SIEBERT, as owner of Siebert Group 1, LLC-S.G. Series 4 and in his individual capacity, THOMAS ISCHKUM, KAREN ISCHKUM, GSF MORTGAGE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., COUNTRYWIDE HOME LOANS, INC., and UNKNOWN OCCUPANTS and NONRECORD CLAIMANTS,
                                                   Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Mortgage Electronic Registration Systems, Inc., and Countrywide Home Loans, Inc.**

| NAME (Type or print) |
|---|
| Mark D. Manetti |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/MARK D. MANETTI |

| FIRM |
|---|
| Manetti & Griffith, Ltd. |

| STREET ADDRESS |
|---|
| 2311 West 22nd Street, Suite 217 |

| CITY/STATE/ZIP |
|---|
| Oak Brook, Illinois 60523 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1748459 | 630/573-5300 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐