# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

|  |  |
|---|---|
| In the Matter of | Case Number   1:08-CV-1216 |

PATRICIA MENDEZ,

                                                        Plaintiff,   Honorable Milton I. Shadur

vs

SIEBERT GROUP 1, LLC-S.G. SERIES 4, *et al.*

                                                        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Mortgage Electronic Registration Systems, Inc., and Countrywide Home Loans, Inc.**

| |
|---|
| NAME (Type or print) <br> Gary W. Griffith |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /S/GARY W. GRIFFITH |
| FIRM <br> Manetti & Griffith, Ltd. |
| STREET ADDRESS <br> 2311 West 22nd Street, Suite 217 |
| CITY/STATE/ZIP <br> Oak Brook, Illinois 60523 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1060082 | 630/573-5300 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐