HISTORY STATEMENT                                         DATE   04/02/08

```
CHASE HOME FINANCE LLC
3415 VISION DRIVE
COLUMBUS, OHIO   43219-6009
```

THE FOLLOWING HISTORY INFORMATION IS PROVIDED AT YOUR REQUEST.

```
PATRICIA MENDEZ                                ORIGIN DATE        12/12/03
JEFFREY A. NORMAN                              MATURITY DATE      01/01/34
366 N CENTRAL AVE                              PAID TO DATE       11/01/06
WOOD DALE, IL  60191-0000                      NEXT DUE DATE      01/01/34
                                               INTEREST RATE       6.50000
                                               PRIN BALANCE           0.00
LOAN CONTROLS  01 000 000 0000                 ESCROW BALANCE         0.00
LOAN NUMBER    1793580078                      UNAPPLIED BAL          0.00
LOAN TYPE      FEDERAL HOUSING (FHA)           LATE CHG DUE           0.00
                                               FEES DUE               0.00
```

| EFF DATE | PAID TO | TRAN AMOUNT | PRINCIPAL | INTEREST | ESCROW |
|---|---|---|---|---|---|
| TRAN DESCRIPTION | | CODE | LATE CHG/FEE | UNAPPLIED | SUBSIDY |
| 09/02/06 | 08/01/06 | 43.51 | | | 43.51- |
| ESCROW DISB | | GESD | | | |
| 09/16/06 | 08/01/06 | 42.17 | | | |
| LATE CHARGE | | GLTC | 42.17 | | |
| 10/02/06 | 08/01/06 | 43.51 | | | 43.51- |
| ESCROW DISB | | GESD | | | |
| 10/16/06 | 09/01/06 | 1,096.37 | 116.64- | 573.15 | 364.41 |
| PAYMENT | | 0011 | 42.17- | | |
| 10/16/06 | 09/01/06 | 42.17 | | | |
| LATE CHARGE | | GLTC | 42.17 | | |
| 11/02/06 | 09/01/06 | 43.51 | | | 43.51- |
| ESCROW DISB | | GESD | | | |
| 11/16/06 | 09/01/06 | 42.17 | | | |
| LATE CHARGE | | GLTC | 42.17 | | |
| 11/20/06 | 09/01/06 | 12.00 | | | |
| FASTPAY FEE | | 4003 | 12.00 | | |
| 11/20/06 | 09/01/06 | 12.00 | | | |
| FASTPAY FEE PMT | | 4004 | 12.00- | | |
| 11/20/06 | 10/01/06 | 1,054.20 | 117.27- | 572.52 | 364.41 |
| PAYMENT | | 0011 | | | |
| 11/21/06 | 10/01/06 | 15.00 | | | |
| FEE ASSESSMENT | | 1003 | 15.00 | | |
| 12/01/06 | | | OLD   364.41 | NEW | 381.46 |
| ESC BAL 1 CHG | | | | | |



EXHIBIT A

```
SHORT NAME    MENDEZ PATRIC                              HISTORY STATEMENT
CONTROLS      01 000 000 0000                            DATE      04/02/08
LOAN NUMBER   1793580078                                 PAGE      2
```

| EFF DATE PAID TO<br>TRAN DESCRIPTION | TRAN<br>CODE | AMOUNT | PRINCIPAL<br>LATE CHG/FEE | INTEREST<br>UNAPPLIED | ESCROW<br>SUBSIDY |
|---|---|---|---|---|---|
| 12/02/06 10/01/06<br>ESCROW DISB | GESD | 43.51 | | | 43.51- |
| 12/16/06 10/01/06<br>LATE CHARGE | GLTC | 42.17 | 42.17 | | |
| 12/26/06 11/01/06<br>PAYMENT | 0011 | 1,054.20 | 117.90- | 571.89 | 364.41 |
| 01/02/07 11/01/06<br>ESCROW DISB | GESD | 43.51 | | | 43.51- |
| 01/16/07 11/01/06<br>LATE CHARGE | GLTC | 42.85 | 42.85 | | |
| 01/23/07 11/01/06<br>FEE ASSESSMENT | 1003 | 15.00 | 15.00 | | |
| 02/02/07 11/01/06<br>ESCROW DISB | GESD | 42.92 | | | 42.92- |
| 02/16/07 11/01/06<br>LATE CHARGE | GLTC | 42.85 | 42.85 | | |
| 03/02/07 11/01/06<br>ESCROW DISB | GESD | 42.92 | | | 42.92- |
| 03/08/07 11/01/06<br>PQ FAX FEE ASMT | 2908 | 5.00 | 5.00 | | |
| 03/16/07 11/01/06<br>LATE CHARGE | GLTC | 42.85 | 42.85 | | |
| 03/19/07 11/01/06<br>PAYOFF | 0201 | 108,632.34 | 105,460.98-<br>315.06- | 2,856.23<br>1,109.81 | 1,109.74- |