IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA MENDEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SIEBERT GROUP 1, LLC-S.G. SERIES 4, et al )<br>)<br>Defendants. ) | Case No. 08 C 1216<br>Judge Shadur<br>Presiding |

## NOTICE OF MOTION

To:  Jena Valdetero                         Ray Ostler
     Steven Smith                           Nazia Hassan
     Bryan Cave LLP                         Gomberg, Sharfman, Gold & Ostler
     161 N. Clark St., Suite 4300           208 S. LaSalle St., Suite 1200
     Chicago, IL 60601-3315                 Chicago, IL 60604-1003
     srsmith@bryancave.com                  rostler@gsgolaw.com
     Jena.valdetero@bryancave.com           Nhasan@gsgolaw.com

     Mark Manetti
     Gary Griffith
     Manetti & Griffith, Ltd.
     2311 W. 22nd St., Suite 217
     Oak Brook, IL 60523
     ggriffith@manetti-griffith.com
     Mmanetti@manetti-griffith.com

PLEASE TAKE NOTICE that on Monday, June 16, 2008 at 9:15 a.m., the undersigned shall appear before the Honorable Milton Shadur, in the courtroom usually occupied by him in the United State Courthouse, 219 S. Dearborn, Chicago, Illinois, and then and there present a MOTION FOR A TEMPORARY RESTRAINING ORDER, a copy of which is attached hereto.

Dated: June 12, 2008                                     Respectfully submitted,


                                                          By: /s/ Elizabeth Newkirk Jahoda
                                                          One of the attorneys for Plaintiff


Prairie State Legal Services, Inc.
Elizabeth Newkirk Jahoda (#6283149)
Ana Collazo
Eliot Abarbanel
350 S. Schmale Rd., Suite 150
Carol Stream, IL 60188
(630) 690-2130