**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Patricia Mendez

                              Plaintiff,

v.                                             Case No.: 1:08–cv–01216
                                                          Honorable Milton I. Shadur

Siebert Group 1, LLC–S.G. Series 4, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 16, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Motion for TRO [31] is granted. Motion hearing held on 6/16/2008 regarding motion for temporary restraining order[31] Status hearing set for 6/26/2008 at 08:45 AM. Defendant's filing is due on or before June 23, 2008.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.