# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Patricia Mendez

Plaintiff,

v.                                                    Case No.: 1:08−cv−01216

Honorable Milton I. Shadur

Siebert Group 1, LLC−S.G. Series 4, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2008:

MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 6/26/2008. Plaintiff's reply to defendant's response is due on or before July 3, 2008. The TRO continues in force under the same terms and conditions through July 9, 2008. Status hearing set for 7/8/2008 at 08:45 AM.)Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.