A. U.S. Department of Housing and Urban Development
Settlement Statement
ATTORNEYS' TITLE GUARANTY FUND, INC

1 South Wacker, 24th Floor, Chicago, IL 60606-4654, (312) 372-8361
2408 Windsor Place, P.O. Box 9136, Champaign, IL 61826-9136, (217) 359-2000
2500 South Highland Ave, Suite 330, Lombard, IL 60148-5363, (630) 627-7441
120 West Main Street, Suite 201, Belleville, IL 62220-1554, (618) 277-9440

**B. Type of Loan**

1. ☐ FHA 2. ☐ FmHA 3. ☐ Conv Unins
4. ☐ VA 5. ☐ Conv Ins. 6. ☐ Seller Finance

6. File Number: 070256201239
7. Loan Number:
8. Mortgage Ins Case Number:

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. Name and Address of Borrower
Siebert Group LLC-S.G. Series 4

E. Name, Address, and Tax ID Number of Seller
Patricia Mendez
366 N. Central Avenue
Wooddale IL 60191

F. Name and Address of Lender
Cash Deal

G. Property Location (Complete address, including legal description, if necessary)
366 N. Central Avenue
Wood Dale, IL 60191

H. Settlement Agent Name, Address and Tax ID Number
John T. Clery
1111 Plaza Drive Suite 580
Schaumburg, IL 60173
Tax ID: 36-3833224
Closer: CHI-MEMBER CLOSER

Place of Settlement
John T. Clery
1111 Plaza Drive Suite 580
Schaumburg, IL 60173

I. Settlement Date
3/16/2007
Fund: 3/16/2007

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due from Borrower | | 400. Gross Amount Due to Seller | |
| 101. Contract Sales Price | $165,000.00 | 401. Contract Sales Price | $165,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to borrower | $1,317.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. County property taxes | | 406. County property taxes | |
| 107. County property taxes | | 407. County property taxes | |
| 108. Special Assessment | | 408. Special Assessment | |
| 109. Homeowner Asc Dues | | 409. Homeowner Asc Dues | |
| 110. Flood insurance | | 410. Flood insurance | |
| 111. Other taxes | | 411. Other taxes | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 120. Gross Amount Due From Borrower | $166,317.00 | 420. Gross Amount Due to Seller | $165,000.00 |
| 200. Amounts Paid By Or in Behalf Of Borrower | | 500. Reductions in Amount Due to Seller | |
| 201. Deposit or earnest money | | 501. Excess Deposit | |
| 202. Principal amount of new loan(s) | | 502. Settlement Charges to Seller (line 1400) | $32,610.12 |
| 203. Existing loan(s) taken subject to | | 503. Existing Loan(s) Taken Subject to | |
| 204. Loan Amount 2nd Lien | | 504. Payoff of first mortgage loan | $108,632.34 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Earnest money | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. County property taxes 01/01/06 thru 12/31/06 | $3,349.55 | 510. County property taxes 01/01/06 thru 12/31/06 | $3,349.55 |
| 211. County property taxes 01/01/07 thru 03/15/07 | $688.50 | 511. County property taxes 01/01/07 thru 03/15/07 | $688.50 |
| 212. Special Assessment | | 512. Special Assessment | |
| 213. Homeowner Asc Dues | | 513. Homeowner Asc Dues | |
| 214. Flood insurance | | 514. Flood insurance | |
| 215. Other taxes | | 515. Other taxes | |
| 216. Prepaid Rent | $11,035.89 | 516. Prepaid Rent | $11,035.89 |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | $15,073.94 | 520. Total Reduction Amount Due Seller | $156,316.40 |
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | |
| 301. Gross Amount due from borrower (line 120) | $166,317.00 | 601. Gross Amount due to seller (line 420) | $165,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | $15,073.94 | 602. Less reductions in amt. due seller (line 520) | $156,316.40 |
| 303. Cash From Borrower | $151,243.06 | 603. Cash To Seller | $8,683.60 |

Previous Edition is Obsolete

Printed at: 1:38 PM March 16, 2007 HUD-1 (3/86)

EXHIBIT
A

## L. Settlement Charges

| Item | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|
| 700. Total Sales/Broker's Commission based on price $165,000.00 @ % = $9,900.00 | | |
| Division of Commission (line 700) as follows: | | |
| 701. $9,900.00 to Home Buyers Realty | | |
| 702. to | | |
| 703. Commission Paid at Settlement | $0.00 | $9,900.00 |
| 800. Items Payable in Connection with Loan | | |
| 801. Loan Origination Fee Percent to | | |
| 802. Loan Discount to | | |
| 803. Appraisal Fee to | | |
| 804. Credit Report to | | |
| 805. Lender's Inspection Fee to | | |
| 806. Application Fee to | | |
| 807. Assumption Fee to | | |
| 808. Document Preparation Fee to | | |
| 809. Tax Service Fee to | | |
| 810. Flood Certification Fee to | | |
| 900. Items Required by Lender To Be Paid in Advance | | |
| 901. Interest from to @ /day | | |
| 902. Mortgage Ins Premium for months to | | |
| 903. Hazard Ins Premium for years to | | |
| 1000. Reserves Deposited With Lender | | |
| 1001. Hazard insurance months @ per month | | |
| 1002. Mortgage insurance months @ per month | | |
| 1003. County property taxes months @ per month | | |
| 1004. County property taxes months @ per month | | |
| 1005. Special Assessment months @ per month | | |
| 1006. Homeowner Asc Dues months @ per month | | |
| 1007. Flood insurance months @ per month | | |
| 1008 Other taxes months @ per month | | |
| 1011. Aggregate Reserve Adjustment | | |
| 1100. Title Charges | | |
| 1101. Closing/Escrow Fee to ATG/John T. Clery | $275.00 | $275.00 |
| 1102. EPL Endorsement to | | |
| 1103. ARM Endorsement to | | |
| 1104. Condo Endorsement to | | |
| 1105. Location Note to | | |
| 1106 Buyer's Attorney fees to John Clery | $395.00 | |
| 1107. Seller's Attorney fees to John T. Clery | | |
| (includes above items numbers: | | |
| 1108 Title Charges to ATG/John T. Clery ) | | $965.00 |
| (includes above items numbers: ) | | |
| 1109. Lender's coverage $0.00 / $0.00 | | |
| 1110. Owner's coverage $165,000.00 / $965.00 | | |
| 1111. Gap Risk Update to ATG/John T. Clery | $50.00 | $50.00 |
| 1200. Government Recording and Transfer Charges | | |
| 1201. Recording Fee - Deed Deed $40.00 ; Mortgage ; Releases | $40.00 | |
| 1202. County tax stamps Deed $82.50 ; Mortgage to ATG Fees and Transfers | | $82.50 |
| 1203. State tax stamps Deed $165.00 ; Mortgage to ATG Fees and Transfers | | $165.00 |
| 1204. City tax stamps to | | |
| 1205. Record Assignment of Mortgage to | | |
| 1206. Release Status Verification Fee to ATG Fees and Transfers | $0.00 | $39.00 |
| 1207. State Regulatory Fee to ATG Fees and Transfers | $0.00 | $3.00 |
| 1300. Additional Settlement Charges | | |
| 1301. Survey to Schaf-Sedig Land Surveyors | | $395.00 |
| 1302. Pest Inspection to | | |
| 1303. Delivery Handling Fee to ATG Fees and Transfers | | $20.00 |
| 1304. Doc Prep. Fee to John T. Clery | | $550.00 |
| 1305. Payment as Directed to Nicor Gas | | $365.00 |
| 1306. Roof/Bath Credit to WMC, LLC | | $10,500.00 |
| 1307. Payment as Directed to Discover Financial Services | | $2,536.00 |
| 1308. Payment as Directed to Capital One | | $1,450.00 |
| 1309. Payment as Directed to Capital One | | $1,030.00 |
| 1310. Payment as Directed to Cingular | | $411.62 |
| 1311. Payment as Directed to HSBC | | $954.00 |
| 1312. Payment as Directed to GEMB/WALMART | | $861.00 |
| 1313. Payment as Directed to Capital One | | $793.00 |
| 1314. Payment as Directed to Capital One | | $206.00 |
| 1315. Payment as Directed to FFCC | | $84.00 |
| 1316. Payment as Directed to FFCC | | $17.00 |
| 1317. LLC Attorney Fee to John T. Clery | $300.00 | |
| 1318. LLC Fees to CSC | $257.00 | |
| 1319. Payment as Directed to Nationwide Credit & CO. | | $958.00 |
| 1320. to | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | $1,317.00 | $32,610.12 |

I have carefully reviewed the HUD-1 Settlement S[illegible]ent and to the best of my knowledge and belief, it is a tr[illegible] d accurate statement of all receipts and disbursements made on my account or by me in this [illegible]ansaction. I further certify that I have received a completed copy of pages 1 to 5 of this HUD-1 Settlement Statement.

Siebert Group LLC-S.G. Series 4

By: ______________________

Patricia Mendez

SETTLEMENT AGENT CERTIFICATION

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

Settlement Agent

3-16-07
Date

Warning: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Special Instructions: ______________________

**SELLER INSTRUCTIONS:** If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of Form 4797, Form 6252, and/or Schedule D (Form 1040)

ATTORNEYS' TITLE GUARANTY FUND, INC.

Previous Edition is Obsolete HUD-1 (3/91)