## OPTION TO PURCHASE

It is hereby agreed that Patricia Mendez (hereinafter known as Mendez) shall have the option to purchase from Siebert Group 1, LLC and or its assigns-SG Series 4 (hereinafter called Siebert Group 1, LLC and or its assigns) the real estate commonly known as 366 N. Central Avenue, Wood Dale, IL 60191 upon the terms as herein noted.

1) If Mendez exercises her Option to Purchase the property, the purchase price shall be $218,000. Mendez shall have said Option to Purchase until October 6, 2008.

2) Mendez, if she exercises her option to purchase this property, shall give Siebert Group 1, LLC and or its assigns and or its assigns in writing, sixty days notice of her election to exercise her option to purchase. Therefore, if Mendez has not notified Siebert Group 1, LLC and or its assigns of her intention to exercise her Option to Purchase this property by August 6, 2008, she loses her Option rights to purchase this Property. Furthermore, if Mendez has not notified Siebert Group 1, LLC and or its assigns by August 6, 2008, she shall have no right to purchase this property and Siebert Group 1, LLC and or its assigns may begin showing this property to prospective purchasers.

3) Notice of Mendez's intent to exercise her Option to Purchase shall be by certified mail; return receipt requested, to Siebert Group 1, LLC and or its assigns at 999 Plaza Drive, Suite 710, Schaumburg, Illinois 60173 or at an address designated by Siebert Group 1, LLC and or its assigns.

4) Mendez shall be responsible for all utilities and all repairs. Mendez shall obtain at her expense a renters insurance policy naming Siebert Group 1, LLC and or its assigns as additional insured covering all personal property in an amount that is acceptable to Siebert Group 1, LLC and or its assigns and including liability coverage.

5) Mendez will pay rent to Siebert Group 1, LLC and or its assigns, $1035.89 per month for rent. This amount is rent up to and including April 6, 2007. Beginning April 7, 2007, Mendez shall pay the Tom Ischkum and or his assigns $1,557.15 per month minus a subsidy amount of $555.55 for a total of $1,001.60 to be paid to Tom Ischkum and or his assigns for 18 months.

6) If Mendez exercises her Option to Purchase then the closing shall take place no later than October 6, 2008.

7) If Mendez is at any time in default of the Lease or more than 30 days behind in a monthly payment, her Option Rights to Purchase shall terminate.

8) This Option to Purchase is assignable at any time by Siebert Group 1, Inc.

9) This Option to Purchase may be extended for six months by mutual agreement of the parties. If the Option to Purchase is extended for a six month period, the rent amount shall be $1,557.15 per month.

In witness whereof, the parties have executed this OPTION TO PURCHASE on this _____ day of 3/16/_____, 2006.

_____
Patricia Mendez

_____
Siebert Group 1, LLC and or assigns—S.G. Series 4

EXHIBIT B