

# APPRAISAL OF REAL PROPERTY

**LOCATED AT:**
356 N Central Ave
See Title For Complete Legal Description
Wood Dale, IL 60191-1633

**FOR:**
GSF Mortgage Corporation
999 Plaza Dr
Schaumburg, IL 60173

**AS OF:**
03/25/2007

**BY:**
Kevin Mende

Form GA1 — "TOTAL for Windows" appraisal software by a la mode, Inc. — 1-800-ALAMODE

EXHIBIT C

Plaintiff's Document #000036

# Uniform Residential Appraisal Report

File # 2007046

## Subject

- **Property Address:** 366 N Central Ave | **City:** Wood Dale | **State:** IL | **Zip Code:** 60191-1633
- **Borrower:** Ischkum | **Owner of Public Record:** Siebert Group, LLC | **County:** DuPage
- **Legal Description:** See Title For Complete Legal Description
- **Assessor's Parcel #:** 03-10-320-023-0000
- **Tax Year:** 2005 | **R.E. Taxes $:** 3,190.00
- **Neighborhood Name:** Wood Dale | **Map Reference:** MSA 16974 | **Census Tract:** 8401.01
- **Occupant:** ☒ Owner ☐ Tenant ☐ Vacant | **Special Assessments $:** 0.00 | ☐ PUD | **HOA $:** 0.00 ☐ per year ☐ per month
- **Property Rights Appraised:** ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
- **Assignment Type:** ☒ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe)
- **Lender/Client:** GSF Mortgage Corporation | **Address:** 999 Plaza Dr Suite 708, Schaumburg, IL 60173
- Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
- Report data source(s) used, offering price(s), and date(s). MLS

## Contract

- I ☒ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. The Subject property is currently under contract to purchase at a contracted purchase price of $173,250.
- **Contract Price $:** 173,250 | **Date of Contract:** 03/19/2007 | Is the property seller the owner of public record? ☒ Yes ☐ No | **Data Source(s):** Assessor/Title Policy
- Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☒ No
- If Yes, report the total dollar amount and describe the items to be paid. None Noted

## Neighborhood

Note: Race and the racial composition of the neighborhood are not appraisal factors.

- **Location:** ☐ Urban ☒ Suburban ☐ Rural
- **Built-Up:** ☒ Over 75% ☐ 25-75% ☐ Under 25%
- **Growth:** ☐ Rapid ☒ Stable ☐ Slow
- **Property Values:** ☒ Increasing ☐ Stable ☐ Declining
- **Demand/Supply:** ☐ Shortage ☒ In Balance ☐ Over Supply
- **Marketing Time:** ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths

One-Unit Housing: PRICE $(000) Low 205, High 650, Pred. 345 / AGE (yrs) Low 0-5, High 100+, Pred. 45-50

Present Land Use: One-Unit 100%, 2-4 Unit %, Multi-Family %, Commercial %, Other %

- **Neighborhood Boundaries:** The subject's neighborhood is roughly bordered by Thorndale Ave (N), Busse Rd (Rt 83)(E), Irving Park Rd (S), and Wood Dale Rd (W).
- **Neighborhood Description:** The subject is located on a quiet street in Wood Dale. The amenities located in the area include shopping centers, banks, restaurants, etc. Schools and churches are located in the area. There is no unfavorable commercial use located in the area. This is a summary appraisal report.
- **Market Conditions** (including support for the above conclusions): General market conditions are favorable due in large part to the ready availability of financing at reasonable rates and terms. Most residential transactions are financed on a "conventional" basis without seller paid points, buy downs, concessions, or other unusual financing arrangements. Some government financing has been noted. Supply and demand appear to be in balance.

## Site

- **Dimensions:** 50x179 | **Area:** 8,950 Sq.Ft. | **Shape:** Rectangular | **View:** Similar
- **Specific Zoning Classification:** R-4 | **Zoning Description:** Single Family Residential
- **Zoning Compliance:** ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
- Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

**Utilities:** 
- Electricity: Public ☒ Other ☐
- Gas: Public ☒ Other ☐
- Water: Public ☒ Other ☐
- Sanitary Sewer: Public ☒ Other ☐

**Off-site Improvements - Type:** Street Bituminous Public ☒ Private ☐ | Alley None

- **FEMA Special Flood Hazard Area:** ☐ Yes ☒ No | **FEMA Flood Zone:** X | **FEMA Map #:** 17043C0302H | **FEMA Map Date:** 12/16/2004
- Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
- Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe
- No adverse easements, encroachments, or other adverse site condition known at the time of inspection. Flood map indicates zone X, however, final determination should be made by a licensed engineer.

## Improvements

- **Units:** ☒ One ☐ One with Accessory Unit
- **# of Stories:** 1
- **Type:** ☒ Det. ☐ Att. ☐ S-Det/End Unit
- ☒ Existing ☐ Proposed ☐ Under Const.
- **Design (Style):** Cape Cod
- **Year Built:** 1948
- **Effective Age (Yrs):** 12-15 Years
- **Attic:** ☒ None ☐ Drop Stair ☐ Stairs ☐ Floor ☐ Scuttle ☐ Finished ☐ Heated

Foundation: ☐ Concrete Slab ☐ Crawl Space ☒ Full Basement ☐ Partial Basement | **Basement Area:** 884 sq.ft. | **Basement Finish:** 0% | ☐ Outside Entry/Exit ☒ Sump Pump | Evidence of ☐ Infestation ☐ Dampness ☐ Settlement

Heating: ☐ FWA ☐ HWBB ☒ Radiant | Other | Fuel: Gas
Cooling: ☒ Central Air Conditioning ☐ Individual ☐ Other

**Exterior Description / materials/condition:**
- Foundation Walls: Block/Avg
- Exterior Walls: Brick/Avg
- Roof Surface: Asphalt Shingle/Avg
- Gutters & Downspouts: Aluminum/Avg
- Window Type: VDH/Avg
- Storm Sash/Insulated: N/A
- Screens: Combo/Avg

**Interior / materials/condition:**
- Floors: HW/Ceramic/Avg
- Walls: Painted DW/Avg
- Trim/Finish: St Wood/Avg
- Bath Floor: Ceramic Tile/Avg
- Bath Wainscot: Ceramic Tile/Avg
- Car Storage: ☐ None ☒ Driveway # of Cars 1W/4Dp Driveway Surface Asphalt/Gravel ☐ Garage # of Cars ☐ Carport # of Cars ☐ Att. ☐ Det. ☐ Built-in

**Amenities:**
- ☐ Fireplace(s) #
- ☐ Patio/Deck
- ☐ Pool
- ☐ Woodstove(s) #
- ☒ Fence Wooden
- ☐ Porch
- ☐ Other

**Appliances:** ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☐ Disposal ☐ Microwave ☒ Washer/Dryer ☐ Other (describe)

- Finished area above grade contains: 5 Rooms, 3 Bedrooms, 1 Bath(s), 1,360 Square Feet of Gross Living Area Above Grade
- **Additional features** (special energy efficient items, etc.): In addition to standard amenities the subject has the following features: Radiant Heat, CAC, 40 gallon water heater, and 200 amp electrical service on C/B.
- Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). Major components such as heating, plumbing, electrical, and roof all appear to be functioning properly at the time of inspection. The subject has received the following upgrades: New windows, new exterior doors, new CAC, and fresh interior paint.

- Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe

- Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

Freddie Mac Form 70 March 2005     Page 1 of 6     Fannie Mae Form 1004 March 2005

Form 1004 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

Plaintiff's Document #000037

# Uniform Residential Appraisal Report
File # 2007046

There are 5 comparable properties currently offered for sale in the subject neighborhood ranging in price from $256,800 to $289,900
There are 9 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $218,500 to $307,000

| FEATURE | SUBJECT | COMPARABLE SALE #1 | | COMPARABLE SALE #2 | | COMPARABLE SALE #3 | |
|---|---|---|---|---|---|---|---|
| Address | 366 N Central Ave, Wood Dale, IL 60191-1633 | 353 N Catalpa St, Wood Dale, IL 60191-1633 | | 315 N Central Ave, Wood Dale, IL 60191-1633 | | 379 N Walnut Ave, Wood Dale, IL 60191-1633 | |
| Proximity to Subject | | 0.08 miles | | 0.12 miles | | 0.42 miles | |
| Sale Price | $ 173,250 | $ 259,900 | | $ 257,000 | | $ 289,900 | |
| Sale Price/Gross Liv. Area | $ 127.39 sq.ft. | $ 185.64 sq.ft. | | $ 237.96 sq.ft. | | $ 173.91 sq.ft. | |
| Data Source(s) | | MLS#06134765 | | MLS#06328730 | | MLS#06096472 | |
| Verification Source(s) | | Assessor | | Assessor | | Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | Conv/No Conc DOM 4 Days | | Conv/No Conc DOM 40 Days | | Conv/No Conc DOM 20 Days | |
| Date of Sale/Time | | 05/29/2006 | | 01/07/2007 | | 06/17/2006 | |
| Location | Residential | Residential | | Residential | | Residential | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 9,950 Sq.Ft. | 8,250 Sq.Ft. | | 9,000 Sq.Ft. | | 7,500 Sq.Ft. | |
| View | Similar | Residential | | Residential | | Residential | |
| Design (Style) | Cape Cod | Cape Cod | | Ranch | | Cape Cod | |
| Quality of Construction | Brick/Avg | Brick/Avg | | Fr/AVS/Avg | | Brick/Frame/Av | |
| Actual Age | 59 Years | 53 Years | | 50 Years | | 44 Years | |
| Condition | Avg | Avg | | Avg | | Avg | |
| Above Grade Room Count | Total 5 / Bdrms 3 / Baths 1 | Total 6 / Bdrms 3 / Baths 1 | | Total 6 / Bdrms 3 / Baths 1 | | Total 6 / Bdrms 4 / Baths 2 | |
| Gross Living Area | 1,360 sq.ft. | 1,400 sq.ft. | | 1,080 sq.ft. | +7,000 | 1,667 sq.ft. | -7,675 |
| Basement & Finished Rooms Below Grade | Full/Unfinished N/A | Full/Unfinished N/A | | Full/Finished RecRm | -7,000 | Full/Unfinished N/A | |
| Functional Utility | 3BR/1Bth | 3BR/1Bth | | 3BR/1Bth | | 4BR/2Bth | -12,600 |
| Heating/Cooling | Rad/CAC | GFA/CAC | -2,500 | GFA/No CAC | +2,500 | GFA/CAC | -2,500 |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | No Garage | 2 Car Garage | -7,500 | 2 Car Garage | -7,500 | 2 Car Garage | -7,500 |
| Porch/Patio/Deck | None | None | | None | | None | |
| Fireplace | No Fireplace | No Fireplace | | 1 Fireplace | -2,000 | No Fireplace | |
| Net Adjustment (Total) | | [ ]+ [X]-  $ | 10,000 | [ ]+ [X]-  $ | 7,000 | [ ]+ [X]-  $ | 30,175 |
| Adjusted Sale Price of Comparables | | Net Adj. 3.8% Gross Adj. 3.8% $ | 249,900 | Net Adj. 2.7% Gross Adj. 10.1% $ | 250,000 | Net Adj. 10.4% Gross Adj. 10.4% $ | 259,725 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [X] did [ ] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)  Assessor/MLS
My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)  Assessor/MLS
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 03/16/2007 | None | None | None |
| Price of Prior Sale/Transfer | $165,000 | | | |
| Data Source(s) | Assessor/Property Owner | Assessor/MLS | Assessor/MLS | Assessor/MLS |
| Effective Date of Data Source(s) | 03/27/2007 | 03/27/2007 | 03/27/2007 | 03/27/2007 |

Analysis of prior sale or transfer history of the subject property and comparable sales  The Subject prior sale was a pre-foreclosure sale by an investor, and does not appear to be an arms length transaction.

Summary of Sales Comparison Approach  All sales are within the subject's market area and are the best available sales at the time of inspection. Adjustments were made for market extractable items. Digitalized photos of the sales are taken from the MLSNI, after exterior inspection, because they better reflect the condition of the sales previous to closing. Due to the lack of comparable sales it was necessary to exceed typical time guidelines. No sale exceeds 12 months. It was also necessary to utilize a frame sale with similar utility and no adjustments were made. Gross living area adjustments were made using $25/sq ft. Utility adjustments were also made to Sale #3 for its superior 4 bedroom, 2 bath utility. After adjustments all sales were given consideration.

Indicated Value by Sales Comparison Approach $ 250,000
Indicated Value by: Sales Comparison Approach $ 250,000   Cost Approach (if developed) $ N/D   Income Approach (if developed) $ N/A
See attached addenda.

This appraisal is made [X] "as is", [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  See Attached Addendum

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 250,000 , as of 03/25/2007 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005     Page 2 of 6     Fannie Mae Form 1004 March 2005

Form 1004 — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Plaintiff's Document #000038**

## ADDITIONAL COMMENTS

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ |
|---|---|---|
| Source of cost data | DWELLING Sq.Ft. @ $ | =$ |
| Quality rating from cost service   Effective date of cost data | Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | =$ |
| Not Developed—See Addenda | Garage/Carport Sq.Ft. @ $ | =$ |
| | Total Estimate of Cost-New | =$ |
| | Less   Physical   Functional   External | |
| | Depreciation | =$( ) |
| | Depreciated Cost of Improvements | =$ |
| | "As-is" Value of Site Improvements | =$ |
| Estimated Remaining Economic Life (HUD and VA only)   Years | INDICATED VALUE BY COST APPROACH | =$ |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ N/A X Gross Rent Multiplier N/A = $ Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)

## PUD INFORMATION (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases   Total number of units   Total number of units sold
Total number of units rented   Total number of units for sale   Data source(s)
Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No   If Yes, date of conversion.
Does the project contain any multi-dwelling units? ☐ Yes ☐ No   Data Source
Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

**Plaintiff's Document #000039**