# CMA Report

Criteria: (LN=06282782,06329730,06403640,06347328,06288236,06425775,06295140,06389429) ORDERED BY CMA_SORT,TYP,AR,SEARCH_PR

### Closed Detached Single Family

| List# | Address | | | Unit | List $ | Sale $ | Closed | MT | BR | Bth |
|---|---|---|---|---|---|---|---|---|---|---|
| 06329730 | 315 | N | CENTRAL | | $279,500 | $257,000 | 01/07/07 | 40 | 3 | 1.0 |
| 06282782 | 468 | | CENTRAL | | $287,500 | $270,000 | 10/12/06 | 83 | 3 | 1.0 |
| 06288236 | 317 | N | ASH | | $354,999 | $328,000 | 12/13/06 | 43 | 3 | 3.0 |

Listings: 3    Average List Price: $307,333

### Active Detached Single Family

| Stat | List# | Address | | | Unit | Area | List $ | Rms | BR | Bth | MT | LSz | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTV | 06403640 | 421 | N | MAPLE AVE | | 191 | $279,950 | 6 | 3 | 1.0 | 30 | LT.* | 1 S* |
| ACTV | 06347328 | 299 | N | HEMLOCK AVE | | 191 | $285,000 | 6 | 3 | 1.0 | 101 | LT.* | SPL* |
| ACTV | 06425775 | 385 | N | CATALPA | | 191 | $289,900 | 7 | 3 | 1.1 | 227 | LT.* | SPL* |
| ACTV | 06295140 | 370 | N | ASH | | 191 | $309,896 | 6 | 3 | 2.0 | 160 | LT.* | SPL* |
| ACTV | 06389429 | 6N482 | | CENTRAL AVE | | 191 | $370,000 | 7 | 3 | 2.0 | 44 | .25-* | 1 S* |

Listings: 5    Average List Price: $306,949

***********************************S U M M A R Y***********************************

| | High | Low | Average |
|---|---|---|---|
| LP: | $370,000 | $279,500 | $307,093 |
| SP: | $328,000 | $257,000 | $285,000 |

://mlsni.rexplorer.net/CMPS$INTERNET/574531_NIR_0307107_0001.CTX                3/7/2007

EXHIBIT D