NOV-08-2010  02:08                                                                     P.002/103

 **Countrywide**
HOME LOANS

| Account Number 159453776 | Statement date 09/19/2007 | 1 of 2 |

Property address
366 N Central Avenue

MONTHLY HOME LOAN STATEMENT

0031634 01 MB 0.388 **AUTO T6 0 0977 60173-6556
MSR CC AG 0000----0--2-- M18414 IN 4 P31665
THOMAS & KAREN ISCHKUM
1302 BECKETT CIRCLE
SCHAUMBURG, IL 60173-6556

Online payments
& account details: customers.countrywide.com

General information: countrywide.com

Customer Service: 1-800-669-6607
New home loan,
refinance or
home equity loans: 1-888-548-0288

## CUSTOMER BULLETIN

### Consolidate debt and access cash at a lower interest rate.

Apply to trade in your credit card and other higher-interest-rate debt for a lower interest rate and single monthly payment with a Cash-out Refinance loan.[1] You may be able to:

- ↘ **LOWER** your interest rate
- ↘ **EXPEDITE** your application process with our exclusive *Fastrack* program
- ↘ **REDUCE** overall monthly debt payments
- ↘ **SAVE** money on interest by decreasing the total amount of monthly interest charges you pay

**Call your Personal Loan Consultant now, toll-free, at 1-800-493-5570, then press 2.**
*7am-10pm (Mon-Fri) and 8am-7pm (Sat & Sun) CST*
**Or visit www.mycountrywideoffers.com/refinance8.**

[1]The relative benefits of a consolidation loan may vary over time and will depend on individual circumstances. The longer the loan is kept at a new lower rate, the more interest savings can be realized when compared to your current situation. The repayment period of a mortgage loan can generally be shortened when additional funds above scheduled monthly mortgage payments are consistently paid and applied to reduce the loan balance. Program guidelines subject to change. Some products not available in all states. This is not a commitment to lend. All rights reserved. Minnesota loans will be made by Countrywide Bank, FSB through its home loan financial centers.      18414

| HOME LOAN SUMMARY | Home loan overview as of 09/19/2007 | | Amount due on 11/01/2007 as of 09/19/2007 | |
|---|---|---|---|---|
| | Principal balance | $138,600.00 | Home loan payment due 11/01/2007 | $837.38 |
| | Late Charge if payment received after 11/16/2007 | $41.87 | (see next page for account details) | |
| | Date | Payments received | | |
| | 09/17/2007 | $837.38 | | |

| NOTICES | Want more flexibility? Countrywide's online payment service, MortgagePay on the Web, allows you to make your payments around the clock. Visit customers.countrywide.com and check out the demo to see just how easy it is. | **Payments By Phone.** If you pay by phone, there is a $15 fee prior to the late payment date, or if more than one payment is made. For a single late payment, a $9 fee is charged after the late payment date. |

Calls may be monitored or recorded to ensure quality service.
We may charge you a fee for any payment returned or rejected by your financial institution, subject to applicable law.

Great rate. Great bank.
**5.50% APY**
SavingsLink
Online Account
$10,000 Minimum Balance

▸ FDIC Insured to the regulatory maximum
Apply Online at **Countrywidebank.com**

©2007 Countrywide Bank, FSB. *The Annual Percentage Yield (APY) are effective as of August 23, 2007. Rates are subject to change at anytime without notice. APY shown apply to consumer accounts opened via the Internet. The minimum deposit to open an account is $1,000. Fees could reduce earnings on the account. See Applicable Disclosure Handbook for details. SavingsLink SM fixed APY for balances as follows: $0-$9,999 is 4.00%, $10,000-$49,999 is 5.50%, $50,000-$99,999 is 5.50%, $100,000-$249,999 is 5.50%, $250,000 and over is 5.50%. Subject to withdrawal limitations. Available online only. FDIC


EXHIBIT
E

NOV-08-2010  02:09                                                                 P.003/103


**Countrywide Bank**
SERVICED BY COUNTRYWIDE

Account Number 159480747 | Statement date 09/17/2007 | 1 of 2
Property address
366 N Central Ave.

## MONTHLY HOME LOAN STATEMENT

0054232 01 AT 0.334 **AUTO .79 0 0973 60173-6556
MSR CC AG 0000----0--2--- M50900 IN 4 P54288
THOMAS & KAREN ISCHKUM
1302 BECKETT CIRCLE
SCHAUMBURG, IL 60173-6556

### CUSTOMER BULLETIN

### Can your bank match our online savings rate?

Stop earning less and start saving more with SavingsLink$^{SM}$, the high-yield online savings account from Countrywide Bank FSB.

**5.50% APY***
$10,000 minimum balance

**With a SavingsLink$^{SM}$ account you can...**
- Earn yields that are among the highest in the nation
- Easily transfer funds online to and from other institutions
- Manage your account at countrywidebank.com anytime 24/7

Open your SavingsLink account today at **countrywidebank.com** and learn why Countrywide Bank is - *Today's way to save$^{SM}$*.

*Annual Percentage Yield. SavingLink accounts require $1,000 minimum to open. SavingsLink tiered APYs for balances are as follows: $0-$9,999 is 4.00%; $10,000-$49,999 is 5.50%; $50,000-$99,999 is 5.50%; $100,000-$249,999 is 5.50%; $250,000 and over is 5.65%. APYs apply to personal accounts only and are accurate as of 8/24/2007 but subject to change thereafter, including after account opening. Fees could reduce earnings on the account. See fee disclosure and account agreement for details. Member FDIC. Equal Housing Lender.

| HOME LOAN SUMMARY | Home loan overview as of 09/17/2007 | | Amount due on 11/01/2007 as of 09/17/2007 | |
|---|---|---|---|---|
| | Principal balance | $34,601.79 | Home loan payment due 11/01/2007 | $362.27 |
| | Late Charge if payment received after 11/16/2007 | $18.11 | (see next page for account details) | |
| | Date | Payments received | | |
| | 09/17/2007 | $362.27 | | |
| NOTICES | Want more flexibility? Countrywide's online payment service, MortgagePay on the Web, allows you to make your payments around the clock. Visit customers.countrywide.com and check out the demo to see just how easy it is. | | **Payments By Phone.** If you pay by phone, there is a $15 fee prior to the late payment date, or if more than one payment is made. For a single late payment, a $9 fee is charged after the late payment date. | |

Calls may be monitored or recorded to ensure quality service.
We may charge you a fee for any payment returned or rejected by your financial institution, subject to applicable law.

**HOW TO MAKE A PAYMENT**
1. Please
   - don't send cash
   - don't staple the check to the payment coupon
   - don't include correspondence

2. Write the account number on the check or money order.

3. Make the check payable to
   Countrywide Home Loans
   Attn: Remittance Processing
   PO BOX 10219
   VAN NUYS CA 91410-0219