IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA MENDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 CV 1216 |
| v. ) | Judge Shadur |
| ) | Presiding |
| SIEBERT GROUP 1, LLC-S.G. SERIES 4, et al. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING

Jena Valdetero
Steven Smith
Bryan Cave LLP
161 N. Clark St., Suite 4300
Chicago, IL 60601-3315
srsmith@bryancave.com
Jena.valdetero@bryancave.com

Ray Ostler
Nazia Hassan
Gomberg, Sharfman, Gold & Ostler
208 S. LaSalle St., Suite 1200
Chicago, IL 60604-1003
rostler@gsgolaw.com
Nhasan@gsgolaw.com

Mark Manetti
Gary Griffith
Manetti & Griffith, Ltd.
2311 W. 22nd St., Suite 217
Oak Brook, IL 60523
ggriffith@manetti-griffith.com
Mmanetti@manetti-griffith.com

 PLEASE TAKE NOTICE that I have on this date caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Plaintiff's Reply to Defendant's Response to Motion for a Temporary Restraining Order, a copy of which is attached hereto.

Dated: July 2, 2008                                            Respectfully submitted,


                                                               By: /s/ Elizabeth Newkirk Jahoda
                                                               One of the attorneys for Plaintiff


Prairie State Legal Services, Inc.
Elizabeth Newkirk Jahoda (#6283149)
Ana Collazo
Eliot Abarbanel
350 S. Schmale Rd., Suite 150
Carol Stream, IL 60188
(630) 690-2130