IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA MENDEZ,  )<br>    )<br>    Plaintiff,  )<br>    )<br>    v.  )<br>    )<br>SIEBERT GROUP 1, LLC-S.G. SERIES 4,  )<br>PHILLIP SIEBERT, as owner and in his individual )<br>capacity, THOMAS ISCHKUM,  )<br>KAREN ISCHKUM,  )<br>GSF MORTGAGE CORPORATION,  )<br>MORTGAGE ELECTRONIC REGISTRATION )<br>SYSTEMS, and UNKNOWN OCCUPANTS AND )<br>NONRECORD CLAIMANTS,  )<br>    )<br>    Defendants.  ) | Case No. 08 C 1216<br>Judge Shadur<br>Presiding |

## RULE 41 STIPULATION TO DISMISS

Plaintiff, Patricia Mendez, by her attorneys, Prairie State Legal Services, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Defendants Siebert Group 1, LLC-S.G. Series 4, GSF Mortgage Corporation, Phillip Siebert, Thomas Ischkum and Karen Ischkum, by their attorney Raymond J. Ostler of Gomberg, Sharfman, Gold and Ostler, P.C., and Mortgage Electronic Registration Systems, Inc. and Countrywide Home Loans, Inc., by their attorney, Mark Manetti of Manetti & Griffith, state that the parties have agreed and stipulated to dismiss the Plaintiff's Complaint in its entirety with prejudice and without costs or attorneys fees pursuant to the terms of the Mutual Release, Covenant Not to Sue and Settlement Agreement.

| | |
|---|---|
| Plaintiff Patricia Mendez | Defendants Siebert Group 1, LLC S.G. Series 4, GSF Mortgage Corporation, Phillip Siebert, Thomas Isckhum, and Karen Ischkum |
| By: /s/ Elizabeth Jahoda<br>    One of her attorneys | By: /s/ Raymond Ostler<br>    One of their attorneys |
| Prairie State Legal Services, Inc.<br>350 S. Schmale Rd., Suite 150<br>Carol Stream, IL 60188<br>(630) 690-2130 | Gomberg, Sharfman, Gold & Ostler<br>208 S. LaSalle St, Suite 1200<br>Chicago, IL 60604<br>(312) 332-6194 |

Defendants Countrywide Home Loans, Inc. and Mortgage Electronic Registration Systems, Inc.

By: /s/ Mark Manetti
    One of their attorneys

Manetti & Griffith
2311 W. 22nd St., Suite 217
Oak Brook, IL 60523
(630) 573-5300