**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Patricia Mendez

                                      Plaintiff,

v.                                                                      Case No.: 1:08–cv–01216
                                                                     Honorable Milton I. Shadur

Siebert Group 1, LLC–S.G. Series 4, et al.

                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Civil case terminated. In accordance with the Rule 41 stipulation to dismiss, this action is hereby dismissed with prejudice and without costs. The September 9 preliminary injunction hearing is vacated.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.